**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DISTRICT**

| | | |
|---|---|---|
| NATIONAL WILDLIFE FEDERATION; SOUTH CAROLINA WILDLIFE FEDERATION; NORTH CAROLINA WILDLIFE FEDERATION; FLORIDA WILDLIFE FEDERATION; LOUISIANA WILDLIFE FEDERATION; STEELHEADERS; CONSERVATION COUNCIL FOR HAWAI‘I; Plaintiffs, | ) | **AMENDED SCHEDULING ORDER** |
| v. | ) | 2:26-cv-02897-RMG |
| UNITED STATES FISH AND WILDLIFE SERVICE; DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior; NATIONAL MARINE FISHERIES SERVICE; HOWARD LUTNICK, in his official capacity as Secretary of the United States Department of Commerce; Defendants. | ) | |

**A. Motions to Dismiss**

1. On **October 27, 2026**, Federal Defendants responded to Plaintiffs' First Amended Complaint by filing a Partial Motion to Dismiss and Strike.

2. On or before **November 10, 2026,** Plaintiffs shall file any response to Federal Defendants' Motion to Dismiss.

3. On or before **November 17, 2026,** Federal Defendants shall file any reply on the Motion to Dismiss.

**B. Motions on the Administrative Record**

1. On **October 7, 2026,** Federal Defendants filed the Administrative Record.

2. On or before **November 3, 2026,** Plaintiffs shall notify Federal Defendants of whether they believe the administrative record is complete or requires supplementation with additional materials (including any materials related to the new claims asserted in Plaintiffs' Amended Complaint), whether they believe any exceptions to record review are applicable, and/or whether they believe there is a need for judicial review of extra-record materials.

3. On or before **November 10, 2026,** Federal Defendants shall notify Plaintiffs of their position on the record.

4. If Plaintiffs move the Court to resolve a dispute regarding the completeness of the administrative record (including any materials related to the new claims asserted in Plaintiffs' Amended Complaint), the applicability of any exceptions to record review, and/or the need for judicial review of extra-record materials, any such motion shall be filed by **November 20, 2026.** Federal Defendants shall file any opposition by **December 4, 2026,** and Plaintiffs shall file any reply brief by **December 11, 2026.**

**C. Motions for Summary Judgment**

1. Within 45 days of the latter of a) the settling of the administrative record or b) a ruling on the Motion to Dismiss, Plaintiffs shall file their opening motion for summary judgment.[1] Plaintiffs' opening brief shall be limited to 35 pages.

2. Within 30 days after the deadline for Plaintiffs' opening summary judgment motion, Federal Defendants shall file their cross-motion for summary judgment. Federal Defendants' brief shall be limited to 40 pages.

---

[1] In the event that the Court denies Federal Defendants' Partial Motion to Dismiss and Strike, and Plaintiffs' claims regarding the Take Directives remain viable, Federal Defendants may need to produce additional documents for inclusion in the Administrative Record and/or supplementation of the record or discovery may be appropriate regarding these claims. Plaintiffs may seek an extension of this 45-day briefing deadline if necessary for this reason.

3. Within 30 days of Federal Defendants' deadline to file a cross-motion for summary judgment, Plaintiffs shall file their opposition to Federal Defendants' cross-motion for summary judgment and reply in support of their motion for summary judgment. Plaintiffs' opposition and reply brief shall be limited to 25 pages.

4. Within 14 days of Plaintiffs' opposition/reply deadline, Federal Defendants shall file their reply in support of their cross-motion for summary judgment. Federal Defendants' reply shall be limited to 20 pages.

AND IT IS SO ORDERED this 4th day of November, 2026.

s/ Richard Mark Gergel
Richard M. Gergel
United States District Judge